74

Theron Lamar Caudle, Asst. Atty Gen., and Lee A. Jackson and Hilbert P. Zarky, Sp. Assts., for petitioner.

D. Webster Egan, of Los Angeles, Cal., for respondent.

Before MATHEWS, STEPHENS, and BONE, Circuit Judges.

PER CURIAM.

The decision of the Tax Court is affirmed upon the authority of Stilgenbaur v. United States, 9 Cir., 115 F.2d 283.

**INTERSTATE REALTY CO., Appellant, v. J. S. WOODS, Appellee.**

No. 12259.

United States Court of Appeals
Fifth Circuit.

Oct. 22, 1948.

For former opinion, see 168 F.2d 701.

Phil Stone, and L. C. Andrews, both of Oxford, Miss., for appellant.

John W. Kyle and James McClure, both of Sardis, Miss., for appellee.

Before SIBLEY and LEE, Circuit Judges, and CHRISTENBERRY, District Judge

PER CURIAM.

A rehearing is granted restricted to the question whether, in a diversity case, the doors of the federal court sitting in Mississippi are shut to a foreign corporation which may not sue in the state court because it has not complied with the condition for doing business within the state, the rehearing to be submitted upon briefs previously filed and to be filed on or before November 15, 1948.

**L. D. HUGHES, Appellant, v. William H. HIATT, Warden, United States Penitentiary, Atlanta, Georgia.**

No. 12463.

United States Court of Appeals
Fifth Circuit.

Oct. 26, 1948.

L. D. Hughes, of Atlanta, Ga., in pro. per.

J. Ellis Mundy, U. S. Atty., and Harvey H. Tisinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before HUTCHESON, Chief Judge, and SIBLEY and LEE, Circuit Judges.

PER CURIAM.

His petition for habeas corpus having, after hearing, been denied, appellant is here seeking a reversal of the judgment. A careful examination of the record shows that appellant was afforded a full and fair hearing in the court below, that no new or unsettled question requiring discussion is presented for our review, and that no error requiring reversal attended the proceedings below. The judgment is accordingly affirmed.

**Arthur MAPHIS, Appellant, v. William H. HIATT, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

No. 12461.

United States Court of Appeals
Fifth Circuit.

Oct. 26, 1948.

No appearance entered for appellant.

J. Ellis Mundy, U. S. Atty., and Harvey H. Tisinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before HUTCHESON, Chief Judge, and SIBLEY and LEE, Circuit Judges.

4

PER CURIAM.

His petition for habeas corpus having, after hearing, been denied, appellant is here seeking a reversal of the judgment. A careful examination of the record shows that appellant was afforded a full and fair hearing in the court below, that no new or unsettled question requiring discussion is presented for our review, and that no error requiring reversal attended the proceedings below. The judgment is accordingly affirmed.

**Edgar Wilton JONES, Appellant, v. UNITED STATES of America, Appellee.**

No. 12469.

United States Court of Appeals
Fifth Circuit.

Oct. 26, 1948.

Edgar Wilton Jones, of Atlanta, Ga., in pro. per., for appellant.

H. S. Phillips, U. S. Atty., of Tampa, Fla., for appellee.

Before HUTCHESON, Chief Judge, and SIBLEY and WALLER, Circuit Judges.

PER CURIAM.

Convicted and sentenced on January 30, 1948, defendant did not appeal. On June 11, 1948, he, under Rule 33, Federal Rules of Criminal Procedure, 18 U.S.C.A., filed a motion for new trial purporting to be based on the ground of newly discovered evidence. The district judge, of the opinion that the motion was wholly without merit, denied it, and the defendant has appealed.

An examination of the record disclosing that the court did not err in denying the motion, the order appealed from is affirmed.